JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBERT STEVE WELLS, | ) | NO. CV 11-2145-CJC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| J. T. OCHOA, Warden, et al., | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (a) Claim One is denied and dismissed with prejudice; and (b) Claim Two is dismissed without prejudice.

DATED: October 5, 2011.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE